ROBERT M. DOHRMANN (CA Bar No. 33365)
MICHAEL R. FEINBERG (CA Bar No. 89196)
SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS LLP
6300 Wilshire Boulevard
Suite 2000
Los Angeles, California 90048-5268
Telephone:  (323) 655-4700
Facsimile:  (323) 655-4488
e-mail:  rmd@ssdslaw.com
         mrf@ssdslaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| JIMMY J. ELLIOTT, et al.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>BOARD OF TRUSTEES AND TRUST ATTORNEY FOR THE KAISER STEEL CORPORATION RETIREES' BENEFIT TRUST and THE CUSHENBURY MINE TRUST; et al.,<br><br>  Defendants. | **CASE NO. CV 06-4716 AG (AJWx)**<br><br>**JUDGMENT**<br><br>**CTRM:**  Hon. Andrew J. Guilford<br>         Courtroom 10D |

The Court, having discontinued the appointment of the Special Master this date, a Dismissal Order having been duly rendered on September 25, 2007, and the matter now having been fully considered,

IT IS HEREBY ORDERED AND ADJUDGED that judgment shall be entered in accordance with paragraph 9(f) of the parties' Settlement Agreement.

Dated: July 11, 2012

_____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE